UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| MICHAEL AKEY,<br>    Plaintiff | :<br>:<br>: |
| v. | :    File No. 1:05-CV-331<br>: |
| KAREN HAAG,<br>SAMANTHA CLARK,<br>    Defendants | :<br>:<br>: |

## ORDER

The Magistrate Judge's Report and Recommendation was filed March 30, 2007 (Paper 41). After de novo review and absent objection, the Report and Recommendation is AFFIRMED, APPROVED and ADOPTED. See 28 U.S.C. § 636(b)(1). Defendants' motion for summary judgment (Paper 28) is DENIED.

This matter is returned to Magistrate Judge Niedermeier for further proceedings.

SO ORDERED.

Dated at Brattleboro, in the District of Vermont, this 1st day of May, 2007.

/s/ J. Garvan Murtha
J. Garvan Murtha
United States District Judge