UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| MICHAEL G. AKEY,<br>    Plaintiff | :<br>:<br>: |
| v. | :    File No. 1:05-cv-331<br>: |
| KAREN HAAG and<br>SAMANTHA CLARK,<br>    Defendants | :<br>:<br>: |

## ORDER

The Magistrate Judge's Report and Recommendation was filed December 20, 2007 (Paper 50). After de novo review and absent objection, the Report and Recommendation is AFFIRMED, APPROVED and ADOPTED. See 28 U.S.C. § 636(b)(1). Plaintiff's motion for default judgment (Paper 49) is DENIED.

This matter is returned to Magistrate Judge Niedermeier for further proceedings.

It is further certified that any appeal taken in forma pauperis from this Order would not be taken in good faith because such an appeal would be frivolous. See 28 U.S.C. § 1915(a)(3).

SO ORDERED.

Dated at Brattleboro, in the District of Vermont, this 22nd day of January, 2008.

                                          /s/ J. Garvan Murtha
                                          J. Garvan Murtha
                                          United States District Judge